**United States District Court**
For the Northern District of California

**\*E-Filed 6/23/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LaWANDA SMITH,

        Plaintiff,

  v.

7-ELEVEN, INC., a Texas Corporation, ROBERT YOUNG, an individual, and DOES 1 to 100, inclusive,

        Defendants.
_____/

No. 4:09-cv-05037 RS

**ORDER**

The Court, having reviewed the stipulation of the parties, and good cause appearing, hereby orders that the Plaintiff shall have leave to file an Amended Complaint. Thereafter, this case shall be remanded to the Superior Court of California, County of Alameda. Defendants are not required to file a responsive pleading to the Amended Complaint in federal court prior to the remand. All case management conference dates are hearby vacated.

IT IS SO ORDERED.

Dated: June 23, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C-09-05598 RS
ORDER